**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | CHAPTER 11 |
| | : | (Jointly Administered) |
| **EXIDE TECHNOLOGIES, *et al.*,** | : | |
| | : | Case No. 02-11125 (KJC) |
| Reorganized Debtors | : | |
| | : | |
| **EXIDE TECHNOLOGIES,** | : | Adv. Pro. No. 10-52766 (KJC) |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **ENERSYS DELAWARE, INC.,** f/k/a | : | (Re: docket no. 5) |
| **ENERSYS, INC.,** | : | |
| Defendant | : | |

## ORDER DISMISSING COMPLAINT

AND NOW, this 8th day of January, 2013, upon consideration of the Defendant's Motion to Dismiss Adversary Proceeding (docket no. 5) and the response filed thereto, and after oral argument, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that the Motion to Dismiss Adversary Proceeding is **GRANTED** and the adversary proceeding is hereby **DISMISSED.**

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: James E. O'Neill, Esquire[1]

---

[1] Counsel shall serve a copy of this Order and the accompanying Memorandum upon all interested parties and file a Certificate of Service with the Court.